IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR98 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ROLAND K. LONG, | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion filed by Assistant Federal Public Defender Julie B. Hansen to allow her to withdraw from further representation of the Defendant (Filing No. 76).

This case involves crack cocaine. The Federal Public Defender was appointed. (Filing No. 72.) Because the Federal Public Defender has a conflict of interest, the motion to withdraw is granted.

IT IS ORDERED:

1. The motion filed by Assistant Federal Public Defender Julie B. Hansen to allow her to withdraw from further representation of the Defendant (Filing No. 76) is granted; and

2. The Federal Public Defender's Office shall appoint a panel attorney pursuant to the previous order of appointment (Filing No. 72).

DATED this 16th day of April, 2008.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge